CARRIE E. BUSHMAN, ESQ. (SBN 186130)
ANDREA M. MILLER, ESQ. (SB 88992)
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227
EMAIL: cbushman@cookbrown.com

Attorneys for Defendants MILLER PANELING
SPECIALTIES, INC., et al.

CARLA V. MINNARD (SBN 176015)
THE MINNARD LAW FIRM
400 PARK AVE., No. 149
OAKLAND, CA 94603
TELEPHONE: (510) 479-1475
EMAIL: carlaminnard@minnardlaw.com

Attorneys for Plaintiff
JEFFREY MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN MILLER, DAVID MILLER, MILLER PANELING SPECIALTIES, INC., MPS PLASTIC WALL PRODUCTS, INC. DBA MILLER PANELING SPECIALTIES, INC. AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | Case No. 2:19-cv-00231-MCE-AC<br><br>**STIPULATION AND (PROPOSED) ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br><br>Action Filed: December 28, 2018<br>Action Removed: February 5, 2019 |

On May 1, 2019, this Court issue an order granting the Motion to Dismiss filed by defendants John Miller and MPS Plastic Wall Products, Inc. with leave to amend if Plaintiff so desired ("Order"). ECF 15. Although Plaintiff did not file an amended complaint and his claims against John Miller and MPS Plastic Wall Products, Inc. have thus been dismissed, the parties desire to meet and confer regarding the scope of the complaint as it

pertains to the remaining defendants, Miller Paneling Specialties, Inc. and David Miller, Rule 26 discovery plans, and potential for resolution without necessity of trial. Insofar as Plaintiff's lead counsel is now in trial and will be until mid-June, 2019, the parties hereby stipulate as follows:

The defendants who remain in the case, Miller Paneling Specialties, Inc. and David Miller, will not be required to respond to the operative complaint until twenty (20) days after the parties have met and conferred and agreed that the action will continue under the operative complaint as truncated by the Order or until twenty (20) days after Plaintiff has filed a First Amended Complaint against the remaining defendants in accordance with the Order.

It is so stipulated.

Dated: June 1st, 2019           /s/ Carla V. Minnard
                                CARLA V. MINNARD
                                THE MINNARD LAW FIRM
                                Attorneys for Plaintiff


Dated: May 31, 2019             /s/ Carrie E. Bushman
                                CARRIE E. BUSHMAN, ESQ.
                                COOK BROWN, LLP
                                Attorneys for Defendants

## ORDER

The Court hereby adopts the stipulation of the parties as its Order. Not later than thirty (30) days following the date this Order is electronically filed, and every thirty (30) days thereafter until either a First Amended Complaint or a response to the current complaint is filed, the parties are required to file a Joint Status Report advising the Court of the status of their discussions.

IT IS SO ORDERED.

Dated: June 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE