CARRIE E. BUSHMAN, ESQ. (SBN 186130)
ANDREA M. MILLER, ESQ. (SB 88992)
COOK BROWN, LLP
2407 J STREET, SECOND FLOOR
SACRAMENTO, CALIFORNIA 95816
TELEPHONE NO.: 916-442-3100
FACSIMILE NO.: 916-442-4227
EMAIL: cbushman@cookbrown.com

Attorneys for Defendants DAVID MILLER and MILLER PANELING SPECIALTIES, INC.

CARLA V. MINNARD (SBN 176015)
THE MINNARD LAW FIRM
4200 PARK BLVD., No. 149
OAKLAND, CA 94602

Attorneys for Plaintiff
JEFFREY MILLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN MILLER, DAVID MILLER, MILLER PANELING SPECIALTIES, INC., MPS PLASTIC WALL PRODUCTS, INC. DBA MILLER PANELING SPECIALTIES, INC. AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. 2:19-cv-00231-MCE-AC<br><br>**STIPULATION AND (PROPOSED) ORDER RE CONTINUATION OF HEARING ON MOTION TO TRANSFER VENUE**<br><br>Action Filed:    December 28, 2018<br>Action Removed:  February 5, 2019 |

On September 12th, 2019, Defendants filed a Notice of Motion and Motion to Transfer Venue to the Eastern District of Virginia, setting the matter for hearing on October 17th, 2019. Plaintiff's counsel, Carla Minnard, has been called out of the office due to a medical emergency involving her 88-year old Mother in New York, and does not expect to return to work for at least 4-8 weeks.

STIPULATION
Case No. 2:19-CV-00231-MCE-AC

1

Insofar as Plaintiff's counsel is now unavailable due to a family emergency and is expected to be until at least early November, 2019, the parties hereby stipulate as follows:

The defendants' Motion to Change Venue, previously set for hearing on October 17th, 2019, shall be continued to a date not sooner than November 28th 2019.

Plaintiff will propound no discovery requests until the matter is heard by the court.

It is so stipulated.

Dated: September 18, 2019

        /s/ Carla Minnard
        CARLA V. MINNARD
        THE MINNARD LAW FIRM
        Attorneys for Plaintiff

Dated: September 18, 2019        /s/ Carrie E/ Bushman
        CARRIE E. BUSHMAN, ESQ.
        COOK BROWN, LLP
        Attorneys for Defendants

## ORDER

Pursuant to the stipulation of the parties, the request for an extension of time is GRANTED. Briefing deadlines on the pending Motion to Transfer Venue shall be calculated based on a hearing date of December 5, 2019. In the meantime, this matter shall remain under submission.

IT IS SO ORDERED.

Dated: September 25, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE